MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ASTRID LEMUS ORELLANA; MIRIAM ORDONEZ,<br><br>Plaintiffs,<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS dba DESERET INDUSTRIES; DOE EMPLOYEES I through XX; DOES I through XX; inclusive and ROE BUSINESS ENTITIES I through XX, inclusive.<br><br>Defendant. | Case No.: 2:23-cv-00767-RFB-DJA<br><br>**Stipulation and Order to Dismiss** |

Plaintiffs Astrid Lemus Orellana and Miriam Ordonez and Defendant The Church of Jesus Christ of Latter-day Saints dba Deseret Industries hereby stipulate to dismiss this action in its entirety with prejudice with all parties bearing their own fees and costs.

IT IS SO STIPULATED.

DATED this June 27, 2024.                              DATED this June 27, 2024.

MCNUTT LAW FIRM. P.C.                          LADAH LAW FIRM

*/s/ Dan McNutt*                                              */s/ Joseph Chu*
Daniel R. McNutt, Esq.                                  Ramzy Ladah, Esq., Bar No. 11405
Matthew C. Wolf, Esq.                                   Joseph Chu, Esq., Bar No. 11082
11441 Allerton Park Drive, Suite 100            517 S. Third Street
Las Vegas, Nevada 89135                             Las Vegas, Nevada 89101
*Counsel for Defendant*                                *Counsel for Plaintiffs*

IT IS SO ORDERED.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: June 28, 2024.

Page 1 of 1